B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)  Case Number **14−83784**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 12/23/14 and was converted to a case under chapter 7 on 2/17/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Patricia K. Clavey
aka Patty K. Clavey
4809 Jeffrey Street
McHenry, IL 60051

| | |
|---|---|
| Case Number:   14−83784<br>Office Code:     3 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−9347 |
| Attorney for Debtor(s) (name and address):<br>Nathan C Volheim<br>Sulaiman Law Group, LTD<br>900 Jorie Blvd<br>Suite 150<br>Oak Brook, IL 60523<br>Telephone number:  630−575−8181 | Bankruptcy Trustee (name and address):<br>Stephen G Balsley<br>Barrick, Switzer, Long, Balsley, etal<br>6833 Stalter Drive<br>Rockford, IL 61108<br>Telephone number:  815−962−6611 |

## Meeting of Creditors:

Date: **March 19, 2015**                                         Time: **10:30 AM**

Location:  **308 West State Street, Room 40, Rockford, IL 61101**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 5/18/15**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Western Division<br>327 South Church Street<br>Rockford, IL 61101<br>Telephone number:  1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open:  Monday − Friday 8:30 AM −4:30 PM | Date:  February 18, 2015 |

**EXPLANATIONS**            B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                           Case No. 14-83784-TML
Patricia K. Clavey                                               Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez              Page 1 of 1       Date Rcvd: Feb 18, 2015
                              Form ID: b9a              Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2015.
db         +Patricia K. Clavey,    4809 Jeffrey Street,    McHenry, IL 60051-5719
tr         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2582
22760123   +Advocate Condell Medical Center,    801 S. Milwaukee Avenue,    Libertyville, IL 60048-3204
22760125   +Centegra Hospital,    4201 W Medical Center Drive,    McHenry, IL 60050-8409
22760127   +Dennis A. Brebner & Associates,    860 Northpoint Boulevard,    Waukegan, IL 60085-8211
22760128    Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
22760129   +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22760130   +Global Network,    5320 College Boulevard,    Shawnee Missio, KS 66211-1621
22872303   +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
22760131   +Jason Clavey,    4111 Spreading Oaks Court,    Waxhaw, NC 28173-7814
22760132   +Jason Clavy,    4111 Spreading Oaks Court,    Waxhaw, NC 28173-7814
22760133   +Lake County Neurological Ass.,    1616 Grand Ave, # 103,    Waukegan, IL 60085-3676
22760134   #+OAC,   Po Box 371100,    Milwaukee, WI 53237-2200
22760135   +Ocwen Loan Servicing,    Attn: Bankruptcy,    P.O. Box 24738,    West Palm Beach, FL 33416-4738
22760136   +Spring Grove Physical Medicine,    2100 US 12,    Spring Grove, IL 60081-8308
22760137   +Spring Grover Dental,    2100 U.S. 12, #202,    Spring Grove, IL 60081-8317
22760138   +Tate & Kirlin Assoc,    2810 Southhampton Road,    Philadelphia, PA 19154-1207
22760139   +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
22760140   +Wirbicki Law,    33 W. Monroe #1140,    Chicago, IL 60603-5332

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: courtinfo@sulaimanlaw.com Feb 19 2015 02:45:00     Nathan C Volheim,
               Sulaiman Law Group, LTD,    900 Jorie Blvd,    Suite 150,   Oak Brook, IL 60523
22819116      EDI: GMACFS.COM Feb 19 2015 02:28:00      Ally Financial,    PO Box 130424,
               Roseville, MN 55113-0004
22760124     +EDI: GMACFS.COM Feb 19 2015 02:28:00      Ally Financial,    200 Renaissance Center,
               Detroit, MI 48243-1300
22760126     +E-mail/Text: contact@csicollects.com Feb 19 2015 02:48:49     Certified Services, Inc.,
               1733 Washington Street Suite 2,    Waukegan, IL 60085-5192
22853433      EDI: RMSC.COM Feb 19 2015 02:28:00      Synchrony Bank,   c/o Recovery Management Systems Corp.,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22792126       Ocwen Loan Servicing, LLC, as servicer for Deutsch
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2015 at the address(es) listed below:
         Caleb  Halberg    on behalf of Creditor    Ocwen Loan Servicing, LLC, as servicer for Deutsche Bank
          National Trust Company, as Trustee for GSAMP Trust 2005-HE2 Mortgage Pass-Through Certificates,
          Series 2005-HE2 chalberg@potestivolaw.com, bknotices@potestivolaw.com
         Lydia  Meyer    on behalf of Trustee Lydia  Meyer ecf@lsm13trustee.com
         Nathan C Volheim    on behalf of Debtor Patricia K. Clavey courtinfo@sulaimanlaw.com,
          nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
          ;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
         Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
         Stephen G Balsley     sbalsley@bslbv.com, IL47@ecfcbis.com
                                                                                              TOTAL: 5
```